UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NEW JERSEY BUILDING LABORERS' STATEWIDE PENSION FUND AND TRUSTEES THEREOF,**<br><br>           **Plaintiff,**<br>     v.<br><br>**INNOVATIVE MASONRY, LLC,** *et al.***,**<br><br>           **Defendants**. | Civil Action No. 23-1391 (JXN) (JSA)<br><br>ADMINISTRATIVE TERMINATION ORDER |

**THIS MATTER** having come before the Court by way of the parties' joint status letter dated October 16, 2024, (ECF No. 53), wherein the parties inform the Court that they are exploring a global resolution of this case and the related case captioned *NJ Building Laborers' Statewide Pension Fund and Trustees Thereof v. Innovative Design & Dev., LLC*, 22-2470 (JKS) (JSA); and the parties having advised that, due to the complexity of the potential settlement and the time needed to determine its feasibility and implementation, counsel are amenable to the entry of an administrative termination order, closing the case subject to it being reopened in the event settlement is not consummated (*see* ECF No. 53 at 1); and the parties seeking to continue settlement discussions without incurring further cost and expense; and upon consideration of the parties' joint letter; and for good cause shown,

     **IT IS** on this 18th day of October 2024

     **ORDERED** that this action is hereby administratively terminated; and it is further

     **ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that any party may request that this action be reopened and restored to the Court's active docket by filing a letter to that extent; and it is further

**ORDERED** that on or before **December 20, 2024**, the parties shall file a joint letter, setting forth the status of their settlement discussions; and it is further

**ORDERED** that the Court will conduct a Telephone Status Conference on **January 3, 2025, at 11:30 a.m.**  The parties are instructed to dial 1-888-684-8852 and enter Access Code 9972150# at the time of the Conference.

<u>s/Jessica S. Allen</u>
**HON. JESSICA S. ALLEN**
**United States Magistrate Judge**

cc:   Hon. Julien X. Neals, U.S.D.J.